ing Fourteenth Avenue from Jackson Avenue to Flushing Avenue in the Borough of Queens, without Interest. City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Charles Jennings, Respondent, v. New York Contracting Company — Pennsylvania Terminal, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Mary Kreswell, as Administratrix, etc., of John Kreswell, Deceased, Appellant, v. Walter C. Heidelberger and Peter Heidelberger, Copartners, Doing Business under the Name of C. Heidelberger's Sons, Respondents. — Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Morris Lessinger, Respondent, v. Harry Levine, Appellant.— Interlocutory judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Helena Lindner, Appellant, v. Clarence E. Hopkins, Respondent, Impleaded with Others.— Order affirmed, with costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John J. Murphy, Appellant, v. William S. Hurley and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the authority of *Murphy* v. *Hurley* (Appeal No. 1) (*ante*, p. 465), decided herewith. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Norwegian Lutheran Trinity Church of Brooklyn and Vicinity, Appellant, v. Meyer Krelsovitch, Respondent, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Christopher J. O'Connell, Respondent, v. The Press Publishing Company, a Domestic Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Michael De Vito, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. David Karpel, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. William G. Campbell, Appellant, v. Maurice E. Connolly, as President of the Borough of Queens, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

The People of the State of New York ex rel. Lucien L. Bonheur, Petitioner, v. Philip J. Christ and Others, Individually and as Members of the

Board of Supervisors of Nassau County, and Another, Respondents. Morris F. Craft, etc., Appellant, Lott Vande Water, Jr., and Another, Intervenors, Appellants.— Motion to resettle order denied, without costs. Present — Jenks, P. J., Burr, Thomas and Carr, JJ.

The People of the State of New York ex rel. Lucien L. Bonheur, Petitioner, v. Philip J. Christ and Others, Individually and as Members of the Board of Supervisors of Nassau County, and Another, Respondents. Morris F. Craft, etc., Appellant; Lott Vande Water, Jr., and Another, Intervenors, Appellants.— Motion for a stay granted on condition that the appellants place the appeal on the calendar of the Court of Appeals for the ensuing week and be ready for argument when reached, without costs. Present — Jenks, P. J., Burr, Thomas and Carr, JJ.

Jacob Goodman, Appellant, v. Welz & Zerweck, Respondent.— We affirm herewith the order directing a new trial in the case of the wife (*Goodman* v. *Welz & Zerweck, post*, p. 919). As that case and this one were tried together, and the jury in this verdict has awarded nothing to the husband for the loss of his wife's services, we think justice requires that the entire controversy should be retried. The order herein is, therefore, reversed and a new trial granted, costs to abide the event. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Betty Goodman, Respondent, v. Welz & Zerweck, Appellant.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Adelaide W. Charles, as Sole Executrix, etc., Substituted in Place and Stead of Archibald Charles, Deceased, Appellant, v. George B. Leonard, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas Carr, Woodward and Rich, JJ.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, etc., in the Towns of Mount Pleasant and Greenburgh, Westchester County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York, Appellant. James McCullough and Others, Respondents (Southern Aqueduct Department, Sections Nos. 15 and 17).— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Woodward and Rich, JJ., concurred; Jenks, P. J., and Burr, J., dissented, upon the ground of error in overruling the objection to the question appearing at folios 1429-1437 of the record, and upon the further ground that in estimating the consequential damages the commissioners have treated the entire tract as if used for residential purposes, whereas the evidence discloses that the greater portion thereof is not thus used.

In the Matter of the Application of Chevra B'Nai Maier Zwei of Brooklyn, Respondent, to Be Permitted to Assign a Contract for the Purchase of Certain Cemetery Lands. Congregation Chevra Acheim Bnei Israel Anshu Radishkowitz, Appellant.— Order reversed, without costs, and proceedings remitted to the Special Term to ascertain by the aid of a reference whether the facts are correctly stated in the petition upon